# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| SILVIA MANUEL,<br>   *Plaintiff* | §<br>§<br>§ |
| v. | §<br>§ |
| MERCHANTS AND PROFESSIONAL BUREAU, INC.,<br>   *Defendant* | §   CASE NO. 1:18-cv-00226-DAE<br>§<br>§ |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Before this Court is Plaintiff Silvia Manuel's Motion for Attorney's Fees and Costs against Defendant Merchants and Professional Bureau, Inc., filed August 19, 2019 (Dkt. No. 37).

The District Court entered final judgment in this case on August 5, 2019 (Dkt. Nos. 35 and 36; amended, Dkt. Nos. 42 and 44). After Plaintiff filed the instant Motion for Attorney's Fees and Costs, the parties filed a Stipulation as to an agreed amount of fees and costs (Dkt. No. 39). Because the parties have agreed to a stipulated amount, Plaintiff's Motion for Attorney's Fees and Costs (Dkt. No. 37) is **GRANTED** as modified by the Stipulation (Dkt. No. 39).

**IT IS THEREFORE ORDERED** that Defendant shall pay Plaintiff, by and through her counsel, Brent A. Devere, reasonable attorney's fees in the amount of $12,500.00 for legal services performed through August 5, 2019. **IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff's costs in the amount of $475.00.

**SIGNED** on September 17, 2019.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE